IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  December 30, 2015
Court Reporter:    Gwen Daniel             Probation: Justine Kozak
                                           Time: one hour and 37 minutes

_____

Criminal Action No.  15-cr-00112-WJM       <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Peter McNeilly

     Plaintiff,
v.

RICHARD ANDREW DURAN,                      Matthew Golla

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:45 a.m.   Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. McNeilly

Sentencing Statement by Mr. Golla

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** **There being no objection to the motion, the United States' Motion to Decrease Offense Level By One Additional Level Pursuant To U.S.S.G. §3E1.1(b) [29] is GRANTED**.

**ORDERED:** **The Government's oral motion to dismiss Count 2 of the Indictment is GRANTED.**

The Court addresses the defendant's Motion For A Variant Sentence [27].

Argument/Discussion

Statement by defendant's sister

Defendant's Allocution

**ORDERED:** **The defendant's Motion For A Variant Sentence [27] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on August 31, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Richard Andrew Duran, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 88 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at FCI Oxford, in Wisconsin, if appropriate to his security designation; and if not appropriate, then FCI Florence.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard**

**conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.**

3. **If the defendant has an outstanding financial obligation, the Probation Office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.**

4. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

5. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:   The defendant shall make Restitution in the total amount of $5,613.75**

3

                 **to the victims, and in the respective amounts, indicated in the Presentence Investigation Report.**

                 **Interest on the Restitution amount is WAIVED.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **The Special Assessment and Restitution obligations are due immediately. Any unpaid Restitution balance at the time of release from custody shall be paid in monthly installment payments during the term of supervised release of not less than 10% of the defendant's gross household monthly income.**

                 **Within 15 days after release on supervised release the defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of his financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

12:22 p.m.    Court in Recess
                    Hearing concluded